# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        Plaintiff,<br><br>v.<br><br>**JUSTIN LEWIS MCCARTY,**<br><br>        Defendant. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:05CR625DAK<br><br>Judge Dale A. Kimball |

      Defendant Justin Lewis McCarty has filed a Motion for Early Termination of Supervised Release [Docket No. 158]. On June 27, 2006, this court sentenced Defendant to 120 months incarceration with the Bureau of Prisons and 60 months of supervised release. Defendant has completed half of his term of supervised release.

      Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), the court may terminate a term of supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." The factors to be considered in Section 3553(a) are those factors to be considered in imposing a sentence, including "the nature and circumstances of the offense and the history and characteristics of the defendant," the applicable sentencing guidelines and any policy statements issued by the Sentencing Commission, and the need for the sentence imposed

to promote respect for the law, to provide just punishment, to deter other criminal conduct, and to provide the defendant with needed services.  *See* 18 U.S.C. § 3553(a).

Defendant's motion for early termination of supervised release is supported by his probation officer.  Defendant has met all the conditions of her supervised release and been fully compliant.  Defendant has maintained steady employment and submitted a letter of recommendation from his employer.  Defendant has married, purchased a home, and strengthened his relationships with family members.  Defendant has a strong family support system around him.  Defendant has taken several steps to change his past behavior and he has successfully changed his circumstances.  Based on Defendant's conduct, the court finds that an early termination of supervised release is warranted.

Accordingly, the court grants Defendant's motion for early termination of supervised release.

DATED this 13th day of August, 2015.

BY THE COURT:

DALE A. KIMBALL
United States District Judge